1  F. Curt Kirschner (State Bar No. 122502)
   ckirschner@jonesday.com
2  Christopher T. Scanlan (State Bar No. 211724)
   cscanlan@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:     (415) 626-3939
5  Facsimile:     (415) 875-5700

6  Attorneys for Defendant and Cross-Petitioner
   California Pacific Medical Center
7
   Donald W. Nielsen (State Bar No. 149002)
8  dnielsen@calnurses.org
   Marcie Berman (State Bar No. 111043)
9  mberman@calnurses.org
   Pamela Allen (State Bar No. 139136)
10 pallen@calnurses.org
   CALIFORNIA NURSES ASSOCIATION/
11 NATIONAL NURSES ORGANIZING COMMITTEE
   LEGAL DEPARTMENT
12 2000 Franklin Street, Suite 300
   Oakland, California  9412
13 Telephone:     (510) 273-2200
   Facsimile:     (510) 663-4822
14
   Attorneys for Plaintiff and Cross-Respondent
15 California Nurses Association/
   National Nurses Organizing Committee

16

17

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| 21  CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES | CASE NO. C09-01132 CRB |
| 22  ORGANIZING COMMITTEE, | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING** |
| 23           Plaintiff, | **SCHEDULE FOR PARTIES' SUMMARY JUDGMENT MOTIONS** |
| 24           v. | **AND SETTING HEARING DATE FOR JULY 10, 2009, 10:00 A.M.** |
| 25  CALIFORNIA PACIFIC MEDICAL CENTER, | |
| 26           Defendants. | |

27

28

| | |
|---|---|
| 1 | |
| 2 | CALIFORNIA PACIFIC MEDICAL CENTER, |
| 3 |         Cross-Petitioner, |
| 4 |         v. |
| 5 | CALIFORNIA NURSES |
| 6 | ASSOCIATION/NATIONAL NURSES ORGANIZING COMMITTEE, |
| 7 |         Cross-Respondents. |


---

CALIFORNIA PACIFIC MEDICAL CENTER,

    Cross-Petitioner,

    v.

CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES ORGANIZING COMMITTEE,

    Cross-Respondents.

---

All parties to this action, through their duly authorized undersigned counsel, stipulate and request as follows:

WHEREAS, Plaintiff/Cross-Respondent California Nurses Association/National Nurses Organizing Committee ("CNA/NNOC") filed its motion for summary judgment on May 7, 2009 and noticed the hearing for June 16, 2009;

WHEREAS, Defendant/Cross-Petitioner California Pacific Medical Center ("CPMC")'s opposition to CNA/NNOC's motion must presently be filed by May 26, 2009 pursuant to Rule 7-3 of the Civil Local Rules of the Northern District of California;

WHEREAS, this action has been reassigned to the undersigned Court since the filing of CNA/NNOC's motion;

WHEREAS, in light of the reassignment of this action and CPMC's intention to file a cross-motion, the parties have determined that a coordinated briefing schedule would assist judicial economy and provide CPMC additional time needed to complete its summary judgment briefing;

IT IS HEREBY STIPULATED that the parties will abide by the following briefing schedule with respect to the summary judgment motions:

1. CPMC shall file and serve its opposition to CNA/NNOC's motion for summary judgment and its cross-motion for summary judgment (with one combined brief) no later than **June 2, 2009**;

2

STIP. AND [PROP.] ORDER RE: BRIEFING
SCHEDULE, CASE NO. C09-01132

2. CNA/NNOC shall file and serve its opposition to CPMC's cross-motion and its reply in support of its motion for summary judgment (with one combined brief) no later than **June 16, 2009**;

3. CPMC may file a reply brief in support of its cross-motion for summary judgment no later than **June 23, 2009**; and

4. The hearing on both CNA/NNOC's motion for summary judgment and CPMC's cross-motion will be heard on **July 10, 2009** at **10:00 a.m.**

Dated: May 14, 2009.

Respectfully submitted,

JONES DAY

By:   /s/ Christopher T. Scanlan
         Christopher T. Scanlan

Attorneys for Defendant and Cross-Petitioner
CALIFORNIA PACIFIC MEDICAL CENTER

Dated: May 14, 2009.

Respectfully submitted,

CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES ORGANIZING COMMITTEE LEGAL DEPARTMENT

By:   /s/
         Donald W. Nielsen[1]

Attorneys for Plaintiff and Cross-Respondent
CALIFORNIA NURSES ASSOCIATION/ NATIONAL NURSES ORGANIZING COMMITTEE

IT IS SO ORDERED.

Dated: _May 19_, 2009.

Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

[1] Counsel electronically filing this stipulation represents consent of undersigned opposing counsel to file this stipulation on behalf

3

STIP. AND [PROP.] ORDER RE: BRIEFING SCHEDULE, CASE NO. C09-01132