1 | F. Curt Kirschner (State Bar No. 122502)
ckirschner@jonesday.com
2 | Christopher T. Scanlan (State Bar No. 211724)
cscanlan@jonesday.com
3 | JONES DAY
555 California Street, 26th Floor
4 | San Francisco, CA  94104
Telephone:    (415) 626-3939
5 | Facsimile:    (415) 875-5700

6 | Attorneys for Defendant and Cross-Petitioner
California Pacific Medical Center

7 |
Donald W. Nielsen (State Bar No. 149002)
8 | dnielsen@calnurses.org
Marcie Berman (State Bar No. 111043)
9 | mberman@calnurses.org
Pamela Allen (State Bar No. 139136)
10 | pallen@calnurses.org
CALIFORNIA NURSES ASSOCIATION/
11 | NATIONAL NURSES ORGANIZING COMMITTEE
LEGAL DEPARTMENT
12 | 2000 Franklin Street, Suite 300
Oakland, California  9412
13 | Telephone:    (510) 273-2200
Facsimile:    (510) 663-4822
14 |
Attorneys for Plaintiff and Cross-Respondent
15 | California Nurses Association/
National Nurses Organizing Committee

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES ORGANIZING COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PACIFIC MEDICAL CENTER,<br><br>Defendant.<br><br>And Related Cross-Action. | CASE NO. C09-01132 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT  DEADLINES AND CONFERENCE** |

1   All parties to this action, through their duly authorized undersigned counsel, stipulate and
2  request as follows:
3   WHEREAS, the parties have filed cross-motions for summary judgment that are currently
4  pending before this court;
5   WHEREAS, the cross-motions for summary judgment are likely to resolve this case in its
6  entirety;
7   WHEREAS, the parties do not anticipate that they will conduct any discovery;
8   WHEREAS, FRCP Rules 26(a)(1)(B)(ix) and 26(f) provide that actions to confirm
9  arbitration awards are exempt from the normal requirements of pretrial discovery;
10  IT IS HEREBY STIPULATED that, pursuant to FRCP Rules 26(a)(1)(B)(ix), 26(f), and
11 Local Rule 16-2(d), the parties are relieved of any obligation to conduct a Rule 26(f) conference,
12 select a plan for alternative dispute resolution, file a CMC statement, or appear at a CMC
13 conference, unless and until the court orders otherwise.  The parties request that the court vacate
14 the CMC that is currently scheduled for July 10, 2009.

15 Dated:  June 9, 2009.        JONES DAY

16                               By:    /s/ Christopher T. Scanlan
                                       Christopher T. Scanlan
17
18                              Attorneys for Defendant and Cross-Petitioner
                                CALIFORNIA PACIFIC MEDICAL CENTER

19 Dated:  June 9, 2009.        CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES
                                ORGANIZING COMMITTEE LEGAL DEPARTMENT
20
                                By:    /s/ Donald W. Nielsen
21                                     Donald W. Nielsen[1]

22                              Attorneys for Plaintiff and Cross-Respondent
                                CALIFORNIA NURSES ASSOCIATION/ NATIONAL
23                              NURSES ORGANIZING COMMITTEE

24

25

26

27
    ──────────────
28  [1] Counsel electronically filing this stipulation represents that he has obtained the consent
    of undersigned opposing counsel to file this stipulation on behalf of all parties.

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the parties are **EXCUSED** from conducting a Rule 26(f) conference, selecting a plan for alternative dispute resolution, filing a Case Management Conference Statement, or appearing at a Case Management Conference, unless and until the court orders otherwise. The Case Management Conference scheduled for July 10, 2009 is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 10 , 2009.



Hon. Charles R. Breyer
United States District Judge

SFI-611646v1

**CERTIFICATE OF SERVICE**

I, Pilar D. Leano, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On June 9, 2009, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT DEADLINES AND CONFERENCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Marcie Berman, Esq.
California Nurses Association/
National Nurses Organizing Committee
Legal Department
2000 Franklin Street, Suite 300
Oakland, California 94612
E-Mail: mberman@calnurses.org
(510) 273-2200 Main
(510) 663-4822 Fax

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

CERTIFICATE OF SERVICE -
Case No. C09-01132 CRB

1  motion of the party served, service is presumed invalid if postal cancellation date or postage
2  meter date is more than one day after date of deposit for mailing in affidavit.
3       I declare that I am employed in the office of a member of the bar of this court at whose
4  direction the service was made.
5       Executed on June 9, 2009, at San Francisco, California.

*[signature]*
Pilar D. Leano

SFI-612130v1