IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA PACIFIC MEDICAL CENTER,<br><br>　　　　Defendant.<br>_____/ | No. CV 09-1132 CRB<br><br>**ORDER TO SHOW CAUSE RE: CONTEMPT AGAINST DEFENDANT CALIFORNIA PACIFIC MEDICAL CENTER ("CPMC")** |

　　　　Plaintiff California Nurses Association/National Nurses Organizing Committee's ("CNA/NNOC") Application for an Order to Show Cause Re: Contempt is hereby set for a hearing at 10:00am on October 16, 2009, in Courtroom 8. Defendant CPMC's opposition, if it wishes to file one, is due at 5:00pm on September 28, 2009. CNA/NNOC's Reply will be due at 5:00pm on October 1, 2009.

　　　　At the hearing, CPMC is ordered to show cause why it:

　　　　(a) should not be adjudged to be in contempt of this Court's July 30, 2009, Order.

///
///
///
///

1    (b) should not be fined $5000.00 per day until it has complied with this Court's July
2    30, 2009, Order.

**IT IS SO ORDERED.**



Dated: Sept. 18, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE